IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE J. THOMAS, #113 179, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:10cv624-WHA |
| | ) | |
| CALVIN DICKERSON, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Defendant, Calvin Dickerson, and against the Plaintiff, George J. Thomas, and this case is DISMISSED without prejudice.

DONE this 30th day November, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE